nuary 17, 1906.) Action by Lydell L. Wilson against the New York Milk Products Company. No opinion. Judgment affirmed, with costs.

---

WINCHELL, Respondent, v. TOWN OF AMILLUS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 7, 1906.) Action by David Winchell against the town of Camillus. No opinion. Motion for leave to appeal to the Court of Appeals granted.

---

WINTER v. WINTER. (Supreme Court, Appellate Division, First Department. March 5, 1906.) Action by Louise Winter against Charles Winter. No opinion. Application granted. Order signed.

---

WOOD, Respondent, v. WOOD, Appellant. Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by Annie V. Wood against Lorenzo Wood. No opinion. Order affirmed, with $10 costs and disbursements.

---

WOODS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Frank Woods against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

WORDEN, Respondent, v. BENTLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Arthur Worden against Clarence D. Bentley. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant within 20 days files and serves printed papers on appeal, as provided by rule 41, and pays respondent's attorney $10 costs of this motion, in which event the motion is denied.

---

In re WRIGHT. (Supreme Court, Appellate Division, Third Department. March 13, 1906.) In the matter of the application of Avery S. Wright for a writ of mandamus directing Otto Kelsey, as State Comptroller, to pay salary. No opinion. Order affirmed, with $10 costs and disbursements.

---

YOURAN, Appellant, v. VILLAGE OF FT. PLAIN, Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 1906.) Action by Levi Youran against the village of Ft. Plain.

PER CURIAM. Judgment affirmed, with costs.

SMITH and KELLOGG, JJ., dissent.

END OF CASES IN VOL. 97.

*